CHARLES S. CAMPBELL *v.* BYRON A. BENEDICT.

New trial denied, and judgment ordered for plaintiff on the verdict.

*Held,* that there was no evidence of an estoppel whereby the sheriff was prevented from recovering his poundage of defendant.

FREDERICK E. BATES, RESPONDENT, *v.* CHARLES H. CALDWELL AND ANOTHER, APPELLANTS, IMPLEADED, ETC.

Judgment affirmed, with costs, to be paid by the appellants to the respondent.

DANIEL V. THOMAS, AND OTHERS, RESPONDENTS, *v.* LORENZO T. FREEMAN, AND ANOTHER, APPELLANTS.

Order affirmed, with ten dollars costs and disbursements.